IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN E. SHAVERS                                              PLAINTIFF

VS.                    CIVIL ACTION NO. 1:00-cv-522(DCB)(JMR)

ANN B. SHAVERS, HERBERT
STELLY, and JAMES A. KOERBER                                DEFENDANTS

CONSOLIDATED WITH:

ANN SHAVERS                                                  PLAINTIFF

VS.                    CIVIL ACTION NO. 1:01-cv-1(DCB)(JMR)

JOHN E. SHAVERS                                              DEFENDANT

CONSOLIDATED WITH:

ANN SHAVERS                                                  PLAINTIFF

VS.                    CIVIL ACTION NO. 1:01-cv-160(WJG)(JMR)

JOHN E. SHAVERS                                              DEFENDANT

## JUDGMENT

These consolidated actions having come before the Court on the issue of sanctions, and the Court having awarded sanctions against the plaintiff, John E. Shavers, and his attorney, B. G. Perry, in favor of the defendants herein; Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered against John E. Shavers and B. G. Perry, jointly and severally, in favor of Ann B. Shavers, in the amount of $3,977.04 in civil action 1:00-cv-522; and $2,010.00 in civil action 1:01-cv-1; for a total amount of $5,987.04;

FURTHER ORDERED that Judgment is entered against John E. Shavers and B. G. Perry, jointly and severally, in favor of Herbert Stelly in the amount of $3,977.05 in civil action 1:00-cv-522; for a total amount of $3,977.05.

FURTHER ORDERED that Judgment is entered against John E. Shavers and B. G. Perry, jointly and severally, in favor of James A. Koerber, in the amount of $9,650.09 in civil action 1:00-cv-522; $4,113.01 in civil action 1:01-cv-1; and $2,655.20 in civil action 1:01-cv-160; for a total amount of $16,418.30.

SO ORDERED AND ADJUDGED, this the 26th day of December, 2007.

                                            s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE